Alan Harris (SBN 146079)
Matthew E. Kavanaugh (SBN 239961)     JS-6
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
mkavanaugh@harrisandruble.com

Attorneys for Plaintiff s

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BENTON CADLE and JOSEPH DIANDA,<br><br>          Plaintiffs,<br><br>  v.<br><br>MICHAEL ROMERSA, an individual, and Doe 1 through and including Doe 10,<br><br>          Defendants. | Case No: CV09-3609 VBF (FFM)<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>*Assigned for all purposes to the Hon. Valerie Baker Fairbank Courtroom No. 9* |

1
ORDER

1  IT IS HEREBY ORDERED, upon review of the Stipulation of Dismissal filed herewith
2  by the Parties, and upon good cause showing, that the pending action is hereby dismissed
3  in its entirety with prejudice.  Each party is to bear its own attorneys' fees and costs.

All future dates are taken off calendar.  The OSC re Dismissal in Light of Settlement, set for February 28, 2011 is discharged and no appearance is necessary.  This case is CLOSED.

**IT IS SO ORDERED**

DATED: February 24, 2011

_____
Hon. Valerie Baker Fairbank
United States District Court Judge